United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL RAY KITTERMAN,

        Plaintiff,

    v.

JERMEL THOMAS,

        Defendant.

Case No.  16-cv-04058-SI

**JUDGMENT**

The Court dismissed plaintiff's second amended complaint with prejudice.  Judgment is hereby entered against plaintiff and in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 21, 2016

_____

SUSAN ILLSTON
United States District Judge